Kathy PINKNEY, Plaintiff—Appellant,

v.

WILLISTON RESCUE SQUAD,
Defendant—Appellee.

No. 04–1482.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 20, 2004.

Kathy Pinkney, Appellant pro se.

Before MOTZ, KING, and GREGORY,
Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Kathy Pinkney appeals the district
court's order accepting the recommendation of the magistrate judge and dismissing her wrongful death suit for lack of
diversity jurisdiction. We have reviewed
the record and find no reversible error.
Accordingly, we affirm on the reasoning of
the district court. *See Pinkney v. Williston Rescue Squad,* No. CA–03–4194–1
(D.S.C. Mar. 29, 2004). We deny the motion to transfer the case to the appropriate
court. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*AFFIRMED*